**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

LISA CARROLL,

    Plaintiff,

      v.

CELEBRITY CLEANING, INC. and
LEHIGH CARBON COMMUNITY
COLLEGE,

    Defendants.

NO. 3:18-CV-00638

(JUDGE CAPUTO)

## ORDER

    **NOW**, this 21st day of December, 2018, **IT IS HEREBY ORDERED** that the Motion to Dismiss (Doc. 17) filed by Defendant Lehigh Carbon Community College is **DENIED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge